

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-14-00131-CV

**IN THE INTEREST OF I.S.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02761
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    In this accelerated appeal of an order terminating Appellant's parental rights, the reporter's record was due to be filed with this court on February 17, 2014. *See* TEX. R. APP. P. 35.1(b).

    On March 5, 2014, after no reporter's record was filed, we notified court reporter David R. Zarate that the record was late, and ordered him to file a notification of late record not later than March 10, 2014, or to file the record by March 17, 2014. After no response was received, on March 21, 2014, we ordered David R. Zarate to file the record by March 31, 2014, or we would order him to show cause why he should not be held in contempt for failing to file the record.

    On March 26, 2014, David R. Zarate filed the reporter's record in this appeal. Our March 21, 2014 order is satisfied. Appellant's brief is due on April 15, 2014. *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court